NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE J. STREETER, JR., | No. C 10-01356 JF (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| CDC, VACAVILLE, et al., | |
| Defendants. | (Docket No. 2) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement at Vacaville State Prison ("VSP") in Solano County, Corcoran State Prison ("COR") in Kings County, California Men's Colony ("CMC") in San Luis Obispo County, Centinela State Prison ("CEN") in Imperial County, California State Prison of Los Angeles County in the city of Lancaster ("LAC"), and Kern Valley State Prison ("KVSP") in Kern County. VSP, COR, and KVSP are located in the Counties of Solano, Kings and Kern, respectively, all of which lie within the venue of the Eastern District of California. 28 U.S.C. § 84(b). CMC and LAC are located in the Counties of San Luis Obispo and Los Angeles, respectively, both of which lie within the venue of the Western Division of the Central District of California. Id. § 84(c)(2). Lastly, CEN is located in Imperial County which lies within the venue of the Southern District of California. Id. § 84(d). Because the acts

1  complained of occurred in various Counties which all lie outside of this district, venue in
2  this Court is not proper.  See 28 U.S.C. § 1391(b).

3      When jurisdiction is not founded solely on diversity, venue is proper in the district
4  in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the
5  district in which a substantial part of the events or omissions giving rise to the claim
6  occurred, or a substantial part of property that is the subject of the action is situated, or (3)
7  a judicial district in which any defendant may be found, if there is no district in which the
8  action may otherwise be brought.  28 U.S.C. § 1391(b).  As a substantial part of the
9  events or omissions giving rise to the claim occurred in the Eastern District, venue
10 properly lies in that district.  See 28 U.S.C. § 1391(b).

11     Accordingly, this case is TRANSFERRED to the United States District Court for
12 the Eastern District of California.  See 28 U.S. C. § 1406(a).  The Clerk shall terminate
13 any pending motions and transfer the entire file to the Eastern District of California.

14     IT IS SO ORDERED.
15 DATED: 8/3/10

                                                                JEREMY FOGEL
16                                                                 United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDDIE J STREETER, JR.,

        Plaintiff,

  v.

CDC, et al.,

        Defendants.

Case Number: CV10-01356 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/11/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie J. Streeter V-17183
North Kern State Prison
P.O. Box 5104
D3-120L
Delano, CA 93215-5104

Dated:  8/11/10

                                                     Richard W. Wieking, Clerk